UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


EMERY ELLINGER, III, et al.,

     Plaintiffs,

v.                                 Case No. 8:03-cv-315-T-23EAJ

UNITED STATES OF AMERICA

     Defendant.

_____/


**<u>ORDER</u>**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a March 16, 2004, order (Doc. 19) referred the parties' cross-motions for summary judgment (Docs. 14 and 15) to the United States Magistrate Judge for a report and recommendation.  Following the Magistrate Judge's June 23, 2004, report and recommendation (Doc. 31), the plaintiffs filed objections (Doc. 32), the defendant responded to the objections (Doc. 34), and without leave, the plaintiffs filed a "reply" (Doc. 35).

A *de novo* determination of those portions of the report and recommendation to which the plaintiffs object reveals that the plaintiffs' objections either are unfounded or otherwise require no different resolution of the parties' cross-motions for summary judgment.  Accordingly, the plaintiffs' objections (Doc. 32) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 31) is **ADOPTED**.  The defendant's motion for summary judgment (Doc. 14) is **GRANTED**, and the plaintiffs'

motion for partial summary judgment (Doc. 15) is **DENIED**.  The Clerk is directed to (1) enter judgment in favor of the defendant and against the plaintiffs; (2) terminate any pending motions, and (3) close the file.

ORDERED in Tampa, Florida, on October 31, 2005.

_____
 STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE